## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 26, 2014

Mr. Tillman James Breckenridge
Reed Smith, L.L.P.
1301 K Street, N.W.
East Tower
Washington, DC 20005

            No. 14-30536    Royce McLin v. Jason Ard, et al
                            USDC No. 3:13-CV-538

Dear Mr. Breckenridge,

The following pertains to appellee's brief electronically filed on September 25, 2014.

The appellee's brief is insufficient for the following reasons and must be corrected within the next **14 days**:

1. The case caption on the front cover of the brief does not agree with the official caption of the case (See FED R. APP. P. 32(a)(2)(C)). The caption must be corrected (See attachment: Case Caption).

2. The record citations must be corrected to reflect the new standard for record references per Fifth Circuit Rule 28.2.2.

   See the briefing notice issued June 16, 2014, the paragraph labeled "New Guidance Regarding Citations in Pleadings," provides the mandatory record citation format, effective December 1, 2013.

   **Note**: The Court's mandatory record citation format does not have a sequence to allow counsel to cite to specific paragraphs in the record, as suggested by counsel's record citation of ROA.14, ¶41, and so on. However, counsel can cite to specific lines on specific/multiple pages (See Below).

   Acceptable forms of the record on appeal (ROA) citation format are:

   a.  ROA.386, 388 (which means ROA pages 386 and 388)
   b.  ROA.386-389 (which means ROA pages 386 through 389).
   c.  ROA.386-89 (which also means ROA pages 386 through 389).
   d.  ROA.386-389, 391-396 (which means ROA pages 386 through 389 and pages 391 through 396).
   e.  Use a semi-colon to separate multiple ROA citations, i.e., ROA.386; ROA.411 (which means ROA page 386 and ROA page 411).
   f.  ROA.386:1 (Which means ROA page 386, line 1).

g.  ROA.386:1-5 (Which means ROA page 386, lines 1 through 5).

h.  ROA.386:1-387:5  (Which  means  ROA  page  386,  lines  1 through page 387, line 5).

i.  ROA.386 line 1 (Which means ROA page 1).

j.  ROA.386 lines 1-5 (which means ROA page 386, lines 1 through 5).

k.  ROA.386(lines 1-5) (which also means ROA page 386, lines 1 through 5).

**Please use the above examples as a guide to correcting the record citations in the appellee's brief.**

Once  you  have  prepared  your  sufficient  brief,  you  must  email  it to:  dantrell_johnson@ca5.uscourts.gov  for  review,  and  copy opposing  counsel.  If  the  brief  is  in  compliance,  you  will  receive a  notice  of  docket  activity  advising  you  that  the  sufficient  brief has  been  filed.

Failure  to  timely  make  appellee's  brief  sufficient  via  e-mail  may result  in  the  brief  being  stricken.

Appellants'  reply  brief  time  continues  to  run.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
Mr. John Christopher Alexander, Sr.
Mr. Cullen John Dupuy
Mr. Druit George Gremillion, Jr.
Mr. Stanley Stephen Spring, II

Case Caption

ROYCE DENTON MCLIN,

    Plaintiff - Appellee

v.

JASON GERALD ARD, In His Capacity as Sheriff of Livingston Parish; BENJAMIN THOMAS BALLARD, LPSO Detective; JACK R. ALFORD, JR., LPSO Detective; STAN CARPENTER, LPSO Major; BRIAN P. SMITH, LPSO Lieutenant Colonel; BONITA G. SAGER, LPSO Detective; WILLIAM DORSEY, also known as Willie,

    Defendants - Appellants