*United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 29, 2014

Mr. Tillman James Breckenridge
Reed Smith, L.L.P.
1301 K Street, N.W.
East Tower
Washington, DC 20005

    No. 14-30536     Royce McLin v. Jason Ard, et al
                        USDC No. 3:13-CV-538

Dear Mr. Breckenridge,

Your electronically filed appellee's brief has been reviewed and is sufficient.

You must submit the **seven (7) paper copies** of the appellee's brief required by 5TH CIR. R. 31.1 within **five (5) days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. (Red front covers are required).

Failure to timely provide the appropriate number of copies may result in the appellee's brief being stricken.

Appellants' reply brief time continues to run.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      */s/ Dantrell Johnson*

                            By: _____
                            Dantrell L. Johnson, Deputy Clerk
                            504-310-7689

cc:
    Mr. John Christopher Alexander, Sr.
    Mr. Cullen John Dupuy
    Mr. Druit George Gremillion, Jr.
    Mr. Stanley Stephen Spring, II